# akerman

Natsayi Mawere

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY 10103

D: 212 259 6439
T: 212 880 3800
F: 212 880 8965
DirF: 212 905 6421
natsayi.mawere@akerman.com

April 17, 2019

**VIA FEDEX**

Mario Castro
419 West Hills Road
Mellville, NY 11747

Re: **Mario E. Castro v. The Bank of New York Mellon f/k/a The Bank of New York, as the Trustee for the Certificate Holders of CWALT, Inc., Alternative Loan Trust 2006-OA11 Mortgage Pass-Through Certificates, Series 2006-OA11,** *et al.*
**No.: 2:17-cv-04375-JS-GRB**
**Rejection of Declaration of Mario E. Castro in Support of Presentment to Compel Arbitration Motion to Stay Proceeding with Proposed Order**

Dear Mr. Castro:

As you know, we represent defendants The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificate Holders of CWALT, Inc., Alternative Loan Trust 2006-OA11 Mortgage Pass-Through Certificates Series 2006-OA11 (**BoNYM**) and NewRez LLC d/b/a Shellpoint Mortgage Servicing (**Shellpoint**) in the above-referenced action. We are in receipt of your enclosed declaration supporting "Presentment to Compel Arbitration Motion to Stay Proceeding," dated April 11, 2019, with a Proposed Order. [Dk. 42.] Pursuant to the Court's enclosed briefing schedule, dated February 28, 2019 and mailed to you that same day via FedEx [Dk. 37], your opposition to BoNYM and Shellpoint's motion to dismiss the second amended complaint [Dk. 32] was due on or before April 3, 2019. BoNYM and Shellpoint reject your Declaration, dated April 11, 2019, with the Proposed Order as untimely.

Please feel free to contact me with any questions. Thank you.

Sincerely,

*/s/ N.T. Mawere/*
Natsayi Mawere

Encls.

cc: Hon. Joanna Seybert (*via* CM/ECF)

48639007;1
akerman.com

**Record/FILE ON DEMAND**

Acceptance of Offer with full Immunity AND WITHOUT RECOURSE! MEC-0411BNYM-SPMS1228-BNYM1SMS1-002° is secured and reserved with all rights retained, Private Property no trespass permitted or allowed under common law restrictions and prohibitions.

**In the New York DISTRICT Court for the**

**DISTRICT of New York at Common Law**

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 11 2019 ★

LONG ISLAND OFFICE

| | |
|---|---|
| Mario E. Castro, Sui Juris, Propria Persona, Et al.; ) | Sub contract Case NO.17-cv-4375-JS-GRB |
| ) | |
| Plaintiff(s), ) | DECLARATION OF Mario E. Castro |
| ) | IN SUPPORT OF PRESENTMENT TO COMPEL |
| v. ) | ARBRITRATION MOTION TO STAY |
| ) | PROCEEDING |
| THE BANK OF NEW YORK MELLON, as ) | |
| Trustee for the Certificate Holders of CWALT ) | |
| Inc., Alternative Loan Trust 2006-0A11 mortgage ) | |
| Pass-through certificates 2006-0A11, f/k/a THE ) | |
| BANK OF NEW YORK MELLON, ) | |
| ALTERNATIVE LOAN TRUST 2006-0A11; ) | |
| UNKNOWN Doe's 1-12,000, et al… ) | |
| SHELLPOINT MORTGAGE SERVICING, ) | |
| UNKNOWN Doe's 1-12,000 et al… ) | |
| ) | |
| Defendant(s) ) | |

RECEIVED

APR 11 2019

EDNY PRO SE OFFICE

I, **Mario E. Castro**, Sui Juris, the natural man and of the age of the majority, declare that:

1. I am the Plaintiff in this action, and I have personal knowledge of each fact stated in this declaration.

2. Plaintiff, Mario E. Castro, and at all times mentioned in **"Presentment to Compel Arbitration Motion to Stay"** is the Claimant as referenced in Exhibits –( B1and B2), the agreement/contract filed on the record in this case on April 3, 2019.

3. Defendants' THE BANK OF NEW YORK MELLON, et al. and all other respondents have received a true and correct copy of the agreement/contract and addendum specified in Exhibits – (B1and B2 ).

4. Defendants' THE BANK OF NEW YORK MELLON, et al. and all other respondents are in default and have received a true and correct copy of the "Notice of Fault" notifying them of their default specified in Exhibits - C.

5. Defendants' THE BANK OF NEW YORK MELLON, et al. and all other respondents to the referenced contract through their default, failure to respond as outlined in the terms and provisions of the agreement/contract have agreed by "tacit acquiescence" that Arbitration is the exclusive remedy to resolve any and all disputes and controversy between the parties (claimants and respondents). To have the matter arbitrated by an arbitrator/arbitration association (the Arbitration Clause of the Contract Exhibits – B1/same in B2), chosen by the Plaintiff which in this case is the Sitcomm Arbitration Association (SAA).

I do affirm, ascribe, attest, declare, as well as certify that the foregoing is true, correct, and accurate so help me God.

Executed this __11th__ day of __April__, 20__19__.

_____
THE BENEFICIAL OWNER OF THE CESTI QUI EQUITABLE TRUST
Mario E. Castro, Propria Persona, Sui Juris
All Natural Rights Explicitly Reserved and Retained U.C.C. 1-308, 1.103.6
c/o 419 West Hills Road, Melville, New York 11747
Ph. 917-513-7741

## NOTARY ACKNOWLEDGEMENT

STATE OF NEW YORK, COUNTY OF , ss:

The foregoing Declaration was acknowledged before me this __11th__ day of __April__, __2019__, by Mario E. Castro, who, being first duly sworn on oath according to law, deposes and says that he has read the foregoing Declaration subscribed by him, and that the matters stated herein are true, correct, and accurate.

JASON MURIEL
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01MU6332858
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES NOVEMBER 09, 20__19__

Notary Public Print: Jason Muriel
Notary Public Signature: _____  Date: 4/11/19

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★   APR 11 2019   ★
LONG ISLAND OFFICE

RECEIVED
APR 11 2019
EDNY PRO SE OFFICE

**Record/FILE ON DEMAND**

Acceptance of Offer with full Immunity AND WITHOUT RECOURSE!   MEC-0411BNYM-SPMS1228-BNYM1SMS1-001© is secured and reserved with all rights retained, Private Property no trespass permitted or allowed under common law restrictions and prohibitions.

### In the New York DISTRICT Court for the
### DISTRICT of New York at Common Law

| | |
|---|---|
| Mario E. Castro, Sui Juris, Propria Persona, Et al.; ) | Sub contract Case NO.17-cv-4375-JS-GRB |
| ) | |
| Plaintiff(s), ) | [PROPOSED] ORDER GRANTING |
| ) | Plaintiff: Mario E. Castro's |
| v. ) | PRESENTMENT/MOTION TO COMPEL |
| ) | ARBRITRATION TO STAY PROCEEDING |
| THE BANK OF NEW YORK MELLON, as ) | |
| Trustee for the Certificate Holders of CWALT ) | Date: |
| Inc., Alternative Loan Trust 2006-0A11 mortgage ) | Time: |
| Pass-through certificates 2006-0A11, f/k/a THE ) | Location: |
| BANK OF NEW YORK MELLON, ) | Date Action Filed: |
| ALTERNATIVE LOAN TRUST 2006-0A11; ) | |
| UNKNOWN Doe's 1-12,000, et al... ) | |
| SHELLPOINT MORTGAGE SERVICING, ) | |
| UNKNOWN Doe's 1-12,000 et al... ) | |
| Defendant(s) | |

The Court, having read and considered the moving and responding papers, Plaintiff Mario E. Castro's PRESENTMENT/MOTION TO COMPEL ARBITRATON to stay proceedings filed on the record in this case on **April 3, 2019,** all supporting evidence (Exhibits B - D) thereto, and after hearing the oral arguments presented, and to Dismiss Claims Pursuant to the Federal Arbitration Act, the Memorandum Table of Authorities, the Declaration of Mario E. Castro, and finding good cause therefore,

IT IS HEREBY ORDERED THAT pursuant to the Federal Arbitration Act, Title 9 U.S.C., § 1, *et seq.*, FAA § § 3 or 4 and Supported by Federal Rules 12(b)(1), 12(b)(3), or 12(b)(6) and law, this matter, including any issues involving the interpretation and enforceability of the Agreement/Contract between Defendants (the respondent(s)), all other

parties to the agreement/contract which includes an arbitration clause (collectively the respondents) and Plaintiff (the claimant(s)), is compelled to arbitration, and this action is stayed pending the conclusion of arbitration.

Alternatively, and pursuant to the FAA, the Defendant's claims and or class claims are stricken/dismissed from the case, Plaintiff's claims are compelled to arbitration, and this action is stayed pending the conclusion of arbitration.

**IT IS SO ORDERED.**

DATED:

_____
THE Hon. Judge Joanna Seybert
DISTRICT COURT EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 11 2019 ★

LONG ISLAND OFFICE

RECEIVED
APR 11 2019
EDNY PRO SE OFFICE

Record/FILE ON DEMAND

Acceptance of Offer with full immunity AND WITHOUT RECOURSE! MEC-0411BNYM-SPMS1228-BNYMLSMSB-JGSEA secured and reserved with all rights retained, Private Property no trespass permitted or allowed under common law restrictions and prohibitions.

In the New York DISTRICT Court for the

DISTRICT of New York at Common Law

| | |
|---|---|
| Mario E. Castro, Sui Juris, Propria Persona, Et al.; ) | Sub contract Case NO.17-cv-4375-JS-GRB |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | |
| ) | |
| THE BANK OF NEW YORK MELLON, as ) | CERTIFICATE OF SERVICE |
| Trustee for the Certificate Holders of CWALT ) | |
| Inc., Alternative Loan Trust 2006-0A11 mortgage ) | |
| Pass-through certificates 2006-0A11, f/k/a THE ) | |
| BANK OF NEW YORK MELLON, ) | |
| ALTERNATIVE LOAN TRUST 2006-0A11; ) | |
| UNKNOWN Doe's 1-12,000, et al... ) | |
| SHELLPOINT MORTGAGE SERVICING, ) | |
| UNKNOWN Doe's 1-12,000 et al... ) | |
| ) | |
| Defendant(s) ) | |

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the "**PROPOSED ORDER**" and "**DECLARATION OF MARIO E. CASTRO**" have been electronically mailed to all parties on the service list via the **UNITED STATES POST OFFICE** by the **UNITED STATES POSTAL SERVICE** via First Class Postage Prepaid.

**RESPECTFULLY PRESENTED,**

Addressed to:

AKERMAN LLP (Attorneys for Defendants)
Attention: Joseph M. DeFazio / Natsayi Mawere

**666 FIFTH AVENUE, 20TH FLOOR**
**NEW YORK, NEW YORK, 10103**
**Certified Mail No.: 7017 2680 0000 4888 5600 via USPS**

"Without Prejudice"  4/11/19

Void/non- assumpsit
THE BENEFICIAL OWNER OF THE CESTI QUI EQUITABLE TRUST
Mario E. Castro, Propria Persona, Sui Juris
All Natural Rights Explicitly Reserved and Retained
U.C.C. 1-207/1-308, 1.103.6
c/o 419 West Hills Road, Melville, New York 11747
Ph. 917-513-7741

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x
MARIO E. CASTRO,

                Plaintiff,

      v.

THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT INC., ALTERNATIVE LOAN TRUST 2006-OA11 MORTGAGE PASS-THROUGH CERTIFICATES, 2006-OA11, FKA THE BANK OF NEW YORK, ALTERNATIVE LOAN TRUST 2006-0A11; MORTGAGE PASS THROUGH CERTIFICATES 2006-0A11, SHELLPOINT MORTGAGE SERVICING, and UNKNOWN DEFENDANTS,

                Defendants.
-------------------------------------------------------------- x

Case No. 2:17-CV-04375

## AFFIDAVIT OF SERVICE

I, Noreen Donovan, being duly sworn, hereby certify that I am over eighteen years of age, a resident of the County of Putnam, State of New York, employed as a Legal Administrative Assistant with Akerman LLP, 666 Fifth Avenue, 20th Floor, New York, NY 10103, and that I am not a party to this action.

I hereby certify that on the 28th day of February 2019, I caused a true and correct copy of a **U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK, NOTICE OF ELECTRONIC FILING, DATED 02-28-19, WITH NO DOCUMENT ATTACHED** to be served, via FEDEX OVERNIGHT SERVICE, by depositing said documents in a securely sealed envelope, in an official depository of, under the exclusive care and custody of FEDEX, properly addressed, to the following:

47515741;1

Mario E. Castro
419 West Hills Road
Melville, New York 11747
*Pro Se Plaintiff*

**Noreen Donovan**

Sworn to before me this
28th day of February, 2019.

Notary Public

SCOTT B. BRENNER
Notary Public, State of New York
No. 02BR6332020
Qualified in Nassau County
Commission Expires October 26, 20 19

47515741;1

2

**Mawere, Natsayi (Assoc-NY)**

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **Sent:** | Thursday, February 28, 2019 9:38 AM |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 2:17-cv-04375-JS-GRB Castro v. The Bank of New York Mellon et al Order on Motion for Extension of Time to File Response/Reply |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 2/28/2019 at 9:37 AM EST and filed on 2/28/2019
**Case Name:**   Castro v. The Bank of New York Mellon et al
**Case Number:**   2:17-cv-04375-JS-GRB
**Filer:**
**Document Number:** No document attached

Docket Text:
**ELECTRONIC ORDER granting [34] Motion for Extension of Time to File Response/Reply. The Plaintiff shall file his opposition on or before April 3, 2019. To the extent that Plaintiff seeks relief regarding "proof of claims" and an "arbitration clause," he may address those arguments in his opposition.**

**The Plaintiff is reminded that he must adhere to this Court's Individual Rules, a copy of which can be found at https://img.nyed.uscourts.gov/rules/JS-MLR.pdf. Specifically, Rule(IV)(C) requires that "memoranda of law in support of and in opposition to motions are limited to twenty-five (25) pages."**

**Defendant is directed to mail a copy of this Electronic Order to the pro se Plaintiff and file proof of service on ECF on or before March 4, 2019. Ordered by Judge Joanna Seybert on 2/28/2019. (Alessi, Samantha)**

**2:17-cv-04375-JS-GRB Notice has been electronically mailed to:**

Natsayi Mawere    natsayi.mawere@akerman.com

1

Joseph M. DeFazio    joseph.defazio@akerman.com, joseph.m.defazio@gmail.com

**2:17-cv-04375-JS-GRB Notice will not be electronically mailed to:**

Mario E. Castro
419 West Hills Road
Melville, NY 11747