**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
MARIO E. CASTRO,

           Plaintiff,

  - against -

THE BANK OF NEW YORK MELLON, as trustee for the certificate holders of CWALT INC., Alternative Loan Trust 2006-0A111 mortgage pass through certificates 2006-0A11, f/k/a THE BANK OF NEW YORK, ALTERNATIVE LOAN TRUST 2006-0A11, SHELLPOINT MORTGAGE SERVICING, and UNKNOWN DEFENDANTS,

           Defendant.
---------------------------------------------------------X

**JUDGMENT**
CV 17-4375 (JS) (GRB)

      A Memorandum and Order of Honorable Joanna Seybert, United States District Judge, having been filed on July 22, 2019, granting Defendants' motion to dismiss pursuant to Rule 12(b)(6), dismissing all claims with prejudice, and directing the Clerk of the Court to enter judgment accordingly and mark this case closed, it is

      **ORDERED AND ADJUDGED** that Plaintiff Mario E. Castro take nothing of Defendants The Bank of New York Mellon, Alternative Loan Trust 2006-0A11 Mortgage Pass-Through Certificates Series 2006-0A11, and Shellpoint Mortgage Servicing Incorporated; that Defendants' motion to dismiss is granted; that all claims are dismissed with prejudice; and that this case is closed.

Dated: Central Islip, New York
       July 23, 2019

                                          DOUGLAS C. PALMER
                                          CLERK OF THE COURT
                               By:   /s/ James J. Toritto
                                            Deputy Clerk