# EXHIBIT A

# SITCOMM ARBITRATION ASSOCIATION
1001 South White Oak Road
White Oak, Texas 75693
+ 1 (877) 631-1722

Website: saalimited.com                    Email: support@saalimited.com

**IN THE MATTER OF THE ARBITRATION**                    Page | 1

**BETWEEN THE FOLLOWING PARTIES:**


MARIO & MAGDALENA, ET AL.,

Contract No.: ©

CLAIMANT(S)           9 U.S. CODE § 1, 2, 9; THE COMMON LAW

vs.           **ARBITRATION HEARING NOTIFICATION**

THE BANK OF NEW YORK MELLON,
SHELLPOINT MORTGAGE SERVICING,
REAL TIME SOLUTIONS,
AKERMAN, LLP,
BANK OF AMERICA,
THE GOVERNOR OF THE STATE OF NEW YORK,
UNITED STATES DEPARTMENT OF JUSTICE,
UNITED STATES SUPREME COURT
NEW YORK STATE SUPREME COURT,
UNITED STATES DEPARTMENT OF AGRICULTURE,
STATE OF NEW YORK ATTORNEY GENERAL'S OFFICE
DEPARTMENT OF THE TREASURY
FEDERAL RESERVE,
NEW YORK STATE ASSEMBLY 10TH DISTRICT,
UNITED STATES HOUSE OF REPRESENTATIVES-NEW YORK CONGRESSMAN 3RD
DISTRICT,
UNITED STATES DISTRICT COURT, EASTERN DIVISION OF NEW YORK, ET AL.

RESPONDENT(S).

## NOTICE OF ARBITRATION HEARING

**TO THE ABOVE-NAMED PARTIES OF RECORD:**  You are hereby notified that the
above-entitled matter has been set for hearing as follows:

**DATE:**      **July 06, 2019**

**TIME:**      **12:00 P.M. Central**

SITCOMM ARBITRATION ASSOCIATION
1001 South White Oak Road
White Oak, Texas 75693
+ 1 (877) 631-1722

Website: saalimited.com                    Email: support@saalimited.com

**IN THE MATTER OF THE ARBITRATION**

**BETWEEN THE FOLLOWING PARTIES:**


MARIO & MAGDALENA, ET AL.,

|  |  |
|---|---|
| | Contract No.: © |
| CLAIMANT(S) | 9 U.S. CODE § 1, 2, 9; THE COMMON LAW |
| **vs.** | **ARBITRATION HEARING NOTIFICATION** |

THE BANK OF NEW YORK MELLON,
SHELLPOINT MORTGAGE SERVICING,
REAL TIME SOLUTIONS,
AKERMAN, LLP,
BANK OF AMERICA,
THE GOVERNOR OF THE STATE OF NEW YORK,
UNITED STATES DEPARTMENT OF JUSTICE,
UNITED STATES SUPREME COURT
NEW YORK STATE SUPREME COURT,
UNITED STATES DEPARTMENT OF AGRICULTURE,
STATE OF NEW YORK ATTORNEY GENERAL'S OFFICE
DEPARTMENT OF THE TREASURY
FEDERAL RESERVE,
NEW YORK STATE ASSEMBLY 10TH DISTRICT,
UNITED STATES HOUSE OF REPRESENTATIVES-NEW YORK CONGRESSMAN 3RD DISTRICT,
UNITED STATES DISTRICT COURT, EASTERN DIVISION OF NEW YORK, ET AL.

RESPONDENT(S).

**NOTICE OF ARBITRATION HEARING**

**TO THE ABOVE-NAMED PARTIES OF RECORD:**  You are hereby notified that the above-entitled matter has been set for hearing as follows:

**DATE:**     **July 06, 2019**

**TIME:**     **12:00 P.M. Central**

**IMPORTANT NOTICE**:  In the event that the Party(s) do not answer this Notice or request an extension within the time indicted, the Arbitrator may proceed to enter an Arbitration Award based upon the supporting evidence presented and other related documentation.

      Enclosed with this Notice is electronic media for the Respondent(s), that contain the supporting documentation of the above-entitled matter for your review.  YOU HAVE TEN (10) DAYS from receipt of this Notice to forward a Response to the Arbitrator.  If a Response is not received, the Arbitrator will presume your acceptance and may proceed to review the supporting documentation electronically and issue a binding decision, please note that any and all responses must be served upon the parties, and you must maintain a record of proof of service.

Page | 2

DATE:  June 25, 2019                                      /s/ Mark Moffett

## ALL PURPOSE PROOF OF SERVICE

      I,   SITCOMM ARBITRATION ASSOCIATION, being at or above the age of 18, of the majority and not a party to the action, a citizen of the United States of America, did mail the document entitled:          NOTICE OF ARBITRATION HEARING by placing it in an envelope addressed to: Name and address:

Mario Castro
419 West Hills Road
Melville, New York 11747

The Bank of New York Mellon
24 Greenwich Street
New York, NY 10286

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

Akerman LLP
666 Fifth Avenue
New York, NY 10103

Real Time Solutions
1349 Empire Central Drive
Dallas, Texas 75247

Bank of America
100 N. Tryon Street
Charlotte, NC 28255

Treasurer of the United States
1500 Pennsylvania Avenue N.W.
Washington, D.C. 20220

United States Attorney General
United States Department of Justice

950 Pennsylvania Avenue N.W.
Washington, D.C. 20530

United States Supreme Court
1 First Street N.E.
Washington, D.C. 20543

New York State Supreme Court
230 Park Avenue, Suite 826
New York, NY 12207

United States Department of Agriculture
1400 Independence Avenue S.W.
Washington, D.C. 20250

Office of the State Comptroller
59 Maiden Lane # 31
New York, NY 10038

Governor of the State of New York
NYS Capitol Building
Albany, NY 12224

State of New York Attorney General
The Capitol
Albany, NY 12224

New York State Assembly
630 New York Avenue, Suite D
Huntington, NY 11743

United States House of Representatives
478 A Park Avenue
Huntington, NY 11743

United States District Court
Eastern Division of New York
100 Federal Plaza
Central Islip, NY 11722


Affixing the proper postage and depositing it with the local postal carrier, also being of the age of the majority, and not a party to this action who upon receipt guarantees delivery as addressed and/or local dropbox guaranteeing the same as prescribed in law. If called upon I provide this sworn testimony based on first-hand knowledge of the aforementioned events attesting and ascribing to these facts on this day June 25, 2019.

THE SITCOMM ARBITRATION ASSOCIATION

PRESS FIRMLY TO SEAL          PRESS FIRMLY TO SEAL



# PRIORITY
## ★ MAIL ★

FROM:

 D

 U

 IN

 P

TO:

Akerman LLP
666 Fifth Avenue
New York, NY 10103

REC'D AKERMAN LLP
JUL 1 1 ... MAIL OT

WHEN US
A CUST
LABEL



**UNITED STATES**
**POSTAL SERVICE®**

**USPS TRACKING #**

9114 9014 9645 0433 9864 84

EP14F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a

This envelope is made from post-consumer waste. Please recycle – again.

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 9114901496450433986484                                 Remove ✕

Your item has been delivered to an agent at 11:22 am on June 29, 2019 in NEW YORK, NY 10019.

## ✓ Delivered

June 29, 2019 at 11:22 am
Delivered, To Agent
NEW YORK, NY 10019

Feedback

**Tracking History**                                                                              ⌄

**Product Information**                                                                            ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

• See images* of incoming mail.

• Automatically track the packages you're expecting.

• Set up email and text alerts so you don't need to enter tracking numbers.

• Enter USPS Delivery Instructions™ for your mail carrier.

Feedback

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.

**app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo**