# EXHIBIT B

# akerman

Jason D. St. John

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY 10103

D: 212 259 8726
T: 212 880 3800
DirF: 212 905 6426
jason.stjohn@akerman.com

July 8, 2019

**VIA FEDEX**
Mr. Mario Castro
419 West Hills Road
Melville, NY 11747

Re:   Notice to the Court of Presentment
      *Mario E. Castro v. The Bank of New York Mellon, et al.*
      **Case No. 2:17-cv-04375-JS-GRB (U.S. District Court, Eastern Dist. of N.Y.)**

Dear Mr. Castro:

As you know, we represent defendants The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificate Holders of CWALT, Inc., Alternative Loan Trust 2006-OA11 Mortgage Pass-Through Certificates Series 2006-OA11 (**BoNYM**) and NewRez LLC d/b/a Shellpoint Mortgage Servicing (**Shellpoint**) in the above-referenced action. We received your Arbitration Hearing Notification and related documents, dated June 25, 2019. We received documents from "Sitcomm Arbitration Association".

The papers purport to give notice of an arbitration hearing to be held on July 6, 2019, at 12:00 p.m. Central time, although the papers do not state where the arbitration is to be held. And it is not clear what the topic of the arbitration would be. I note the papers refer to a Contract number "2019-01091221MMLJC-WBF4UJCSM-U123899811" and addendum number "2019-0211M1221MMLJC-WBF4UJCSM-ADDEN1." My clients are not aware of such a contract. And you do not attach a copy of the contract. Therefore, your notice of arbitration and all papers provided with it are nullities, and BoNYM and Shellpoint will not take any further action with regard to them.

As we have explained previously, neither BoNYM nor Shellpoint has ever made you any offer, and so you cannot accept any offer, nor has BoNYM or Shellpoint ever given "tacit acquiescence" to any alleged offer. We refer you to the prior letters to you from our office dated January 18, 2019, February 26, 2019, March 22, 2019, and March 26, 2019. We have reviewed the Arbitration Hearing Notification but do not think it is binding upon BoNYM or Shellpoint, and respectfully refer to the jurisdiction of the United States District Court for the Eastern District of New York to settle this dispute.

Mr. Mario Castro
July 8, 2019
Page 2

Please feel free to contact me with any questions.

Thank you.

Sincerely,

*[signature]*

Jason D. St. John

Donovan, Noreen (LAA-NY)

**From:** TrackingUpdates@fedex.com
**Sent:** Monday, July 8, 2019 3:55 PM
**To:** Donovan, Noreen (LAA-NY)
**Subject:** FedEx Shipment 788346407470 Notification

# This shipment is scheduled to be sent on 07/08/2019.

See "Preparing for Delivery" for helpful tips

Tracking # 788346407470

Anticipated ship date:
Mon, 7/8/2019
NOREEN DONOVAN
Akerman LLP
New York, NY 10103
US


Initiated

Scheduled delivery:
Tue, 7/9/2019 by 10:30 am
Mr. Mario Castro
419 W HILLS RD
MELVILLE, NY 11747
US

## Personalized Message
PSShip eMail Notification

## Shipment Facts

| | |
|---|---|
| Tracking number: | 788346407470 |
| Reference: | 067261.0329805-5524 |
| Service type: | FedEx Priority Overnight® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | No Signature Required |
| | Deliver Weekday |

## Preparing for Delivery

To help ensure successful delivery of your shipment, please review the below.

Won't be in?

1

You may be able to hold your delivery at a convenient FedEx World Service Center or FedEx Office location for pick up. Track your shipment to determine Hold at FedEx location availability.

## This tracking update has been requested by:

| | |
|---|---|
| Company name: | Akerman LLP |
| Name: | NOREEN DONOVAN |
| Email: | noreen.donovan@akerman.com |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 2:55 PM CDT on 07/08/2019.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the latest status of your shipment, click on the tracking number above.

This tracking update has been sent to you by FedEx on behalf of the Requestor noreen.donovan@akerman.com. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update.

© 2019 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our **privacy policy**. All rights reserved.

Thank you for your business.

2