# EXHIBIT C

# akerman

Jason D. St. John

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY  10103

D: 212 259 8726
T: 212 880 3800
DirF: 212 905 6426
jason.stjohn@akerman.com

July 19, 2019

**VIA FEDEX**
Mr. Mario Castro
419 West Hills Road
Melville, NY 11747

Re:   Final Arbitration Award
      *Mario E. Castro v. The Bank of New York Mellon, et al.*
      **Case No. 2:17-cv-04375-JS-GRB (U.S. District Court, Eastern Dist. of N.Y.)**

Dear Mr. Castro:

As you know, we represent defendants The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificate Holders of CWALT, Inc., Alternative Loan Trust 2006-OA11 Mortgage Pass-Through Certificates Series 2006-OA11 (**BoNYM**) and NewRez LLC d/b/a Shellpoint Mortgage Servicing (**Shellpoint**) in the above-referenced action.  We received the "Final Arbitration Award" you sent on July 15, 2019.

The papers purport to give a final award to you in the amount of $1,275,000.  We did not consent to arbitration.  Your notice of arbitration was deficient in several ways, and you did not attach the contract that was purportedly the subject of arbitration.  The arbitration notice you sent was not binding upon BoNYM or Shellpoint, and the award is not binding either.  We respectfully refer to the jurisdiction of the United States District Court for the Eastern District of New York to settle this dispute.

Please feel free to contact me with any questions.

Thank you.

Sincerely,

*[signature]*

Jason D. St. John



1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

*Legal Terms and Conditions*

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).