UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARIO E. CASTRO,

                Plaintiff,

      v.

THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA11 F/K/A THE BANK OF NEW YORK MELLON, ALTERNATIVE LOAN TRUST 2006-OA11; UNKNOWN DOE'S 1-12,000 *et al.*; SHELLPOINT MORTGAGE SERVICING, UNKNOWN DOE'S 1-12,000 *et al.*

                Defendants.
------------------------------------------------------------x

Case No. 2:17-CV-04375-JS-GRB

## AFFIDAVIT OF SERVICE

I, Noreen Donovan, being duly sworn, hereby certify that I am over eighteen years of age, a resident of the County of Putnam, State of New York, employed as a Legal Administrative Assistant with Akerman LLP, 666 Fifth Avenue, 20th Floor, New York, NY 10103, and that I am not a party to this action.

I hereby certify that on the 3rd day of September, 2019, I caused a true and correct copy of a(n) **DECLARATION OF JASON D. ST. JOHN, EXHIBITS, DEFENDANTS' MEMORANDUM OF LAW OPPOSING PLAINTIFF'S MOTION TO VACATE JUDGMENT PURSUANT TO FED.R.CIV.P.60(b) and CASES and AUTHORITIES,** to be served, by depositing said documents in a securely sealed, fully postage-paid First Class Mail Envelope, in an official depository of, under the exclusive care and custody of the United States Postal Service, properly addressed, to the following:

50034064;1

Mario E. Castro
419 West Hills Road
Melville, New York  11747
*Pro Se Plaintiff*

**Noreen Donovan**

Sworn to before me this
3rd day of September, 2019.

**Notary Public**

WALTER LEE LEWIS
Notary Public-State of New York
No. 01LE6143008
Qualified in Bronx County
Commission Expires 3/27/22

2

43214979;1