**Record/FILE ON DEMAND**
Acceptance of Offer with full immunity AND WITHOUT RECOURSE! MEC2019-090121BNYM-SPMS1203-BNYM1SMS3-001© is secured and reserved with all rights retained, Private Property no trespass permitted or allowed under common law restrictions and prohibitions.

2019 SEP -3 PM 5:04

# In the NEW YORK DISTRICT Court for the
# DISTRICT of NEW YORK at Common Law

| | |
|---|---|
| Mario E. Castro, et al., <br> Plaintiff(s), <br> vs. <br><br> THE BANK OF NEW YORK MELLON, as Trustee for the Certificate Holders of CWALT Inc., Alternative Loan Trust 2006-0A11 mortgage pass-through certificates 2006-0A11, f/k/a THE BANK OF NEW YORK MELLON, ALTERNATIVE LOAN TRUST 2006-0A11; UNKNOWN Doe's 1-12,000 et al… <br><br> SHELLPOINT MORTGAGE SERVICING, UNKNOWN Doe's 1-12,000 et al… <br> Defendant(s). | Sub contract Case No. 17-cv-4375-JS-GRB <br><br> Notice to the Court: <br> of Typographical clarification made by Arbitrator (Binding Arbitration Award) <br><br> Exhibit F to replace exhibit E. |

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 03 2019 ★

LONG ISLAND OFFICE

Comes now Plaintiff, **Mario E. Castro,** with his notice to the court notifying the court and all parties to this case for this matter that there was a typographical error in the referenced contract number on **page 4 paragraph 3** of **Exhibit E (The Binding Arbitration Award)** filed on the record in this case on **August 22, 2019** and is incorporated with plaintiffs' **"Motion to Vacate/Set aside Judgment (Doc. No. 48, in reference to doc. No 's 47, 46)** by reference. All parties are hereby notified with the filing of this notice that **Exhibit F** is being filed to replaces

Page 1 | 2

**RECEIVED**
SEP 04 2019
EDNY PRO SE OFFICE

the above referenced **Exhibit E** in its entirety and is hereby incorporated by reference in this case in its entirety which was issued and mailed to the **Plaintiff** by the Arbitrator and received by him on or about **August 31, 2019** to be reviewed by the court and all parties to this case in place of **Exhibit E**.

Dated this ___3___ day of **September, 2019**.

**RESPECTFULLY PRESENTED,**

"Without Prejudice" _____ void/non assumpsit
THE BENEFICIAL OWNER OF THE CESTI QUI EQUITABLE TRUST
Mario E. Castro, Propria Persona, Sui Juris
All Natural Rights Explicitly Reserved and Retained
U.C.C. 1-207/1-308, 1.103.6
c/o 419 West Hills Road, Melville, New York 11747
Ph. 917-513-7741

**Record/FILE ON DEMAND**

Acceptance of Offer with full immunity AND WITHOUT RECOURSE! MEC-090122BNYM-SPMS1228-BNYM1SMS1-002© is secured and reserved with all rights retained, Private Property no trespass permitted or allowed under common law restrictions and prohibitions.

2019 SEP -3 PM 5:04

## In the New York DISTRICT Court for the

## DISTRICT of New York at Common Law

| | |
|---|---|
| Mario E. Castro, Sui Juris, Propria Persona, Et al.; ) | Sub contract Case NO.17-cv-4375-JS-GRB |
| Plaintiff(s), ) | |
| v. ) | CERTIFICATE OF SERVICE |
| THE BANK OF NEW YORK MELLON, as ) Trustee for the Certificate Holders of CWALT ) Inc., Alternative Loan Trust 2006-0A11 ) mortgage Pass-through certificates 2006- ) 0A11, f/k/a THE BANK OF NEW YORK ) MELLON, ALTERNATIVE LOAN TRUST ) 2006-0A11; UNKNOWN Doe's 1-12,000, et ) al... SHELLPOINT MORTGAGE ) SERVICING, UNKNOWN Doe's 1-12,000 et ) al... ) | RECEIVED SEP 0 4 2019 EDNY PRO SE OFFICE |
| Defendant(s) ) | |

I **HEREBY CERTIFY** that a true and correct copy of Notice to court (2 pgs) and **Exhibit F (21 pgs.), Exhibit F cover 1 pg.. Total 24pages**

- **has** been electronically mailed to all parties on the service list via the **UNITED STATES POST OFFICE** by the **UNITED STATES POSTAL SERVICE via First Class Postage Prepaid.**

Dated this 3 day of September, 2019.

**RESPECTFULLY PRESENTED,**

**Addressed to:**

**AKERMAN LLP (Attorneys for Defendants)**
**Attention: Jason D. St. John, Esq.**
**666 FIFTH AVENUE, 20TH FLOOR**
**NEW YORK, NEW YORK, 10103**
**Certified Mail No.: 70172680000048885136**

"Without Prejudice" _____ Void/non- assumpsit
THE BENEFICIAL OWNER OF THE CESTI QUI EQUITABLE TRUST
Mario E. Castro, Propria Persona, Sui Juris
All Natural Rights Explicitly Reserved and Retained
U.C.C. 1-207/1-308, 1.103.6
c/o 419 West Hills Road, Melville, New York 11747
Ph. 917-513-7741