Troutman Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com

**Joseph M. Defazio**
joseph.defazio@troutman.com

December 24, 2019

**VIA ECF**

Hon. Gary R. Brown
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722-4451

Re:   *Castro v. The Bank of New York Mellon, et al.* **2:17-cv-04375-JS-GRB**

Dear Magistrate Judge Brown:

I write to respectfully request that this Court instruct the Clerk to withdraw my appearance on behalf of Defendants The Bank of New York Mellon and Shellpoint Mortgage Servicing in the above-referenced case.

I am no longer affiliated with Akerman LLP, effective September 21, 2019. Akerman LLP will remain as counsel of record for the Defendants.

Respectfully submitted,

*s/Joseph M. DeFazio*
Joseph M. DeFazio


cc:   All Counsel of Record (Via CM/ECF)
      Mario E. Castro (Via First Class Mail)
      419 West Hills Road
      Melville, NY 11747


SO ORDERED.

_____
HON. GARY R. BROWN
UNITED STATES MAGISTRATE JUDGE