**FORM 1.  Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT**

Form 1
Rev. 03/16

**United States District Court**

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 13 2020 ★

LONG ISLAND OFFICE

**for the**

Eastern **District of** New York

Mario E. Castro, et al.              , **Plaintiff,**

v.                                   **Case No.** 2:17-cv-04375-JS-GRB

THE BANK OF NEW YORK MELLON, et al., SHELLPOINT MORTGAGE SERVICING, UNKNOWN Doe's 1-12,000 et al...          , **Defendant.**

## NOTICE OF APPEAL

Notice is hereby given that Mario E. Castro (name all parties * taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit ELECTRONIC ORDER denying 48 Motion to Vacate (from the final judgment) ((from an order) (describe the order)) entered in this action on Jan 17, 2020

2/13/2020        [signature]
                 (Signature of appellant or attorney)

419 West Hills Road

Melville, NY 11747

4lifemcastro@gmail.com

**RECEIVED**
FEB 13 2020
**EDNY PRO SE OFFICE**

(Address of appellant or attorney and e-mail address)

*See* Fed. R. App. P. 3(c) for permissible ways of identifying appellants.